E-FILED
Thursday, 13 September, 2007  01:53:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Civil Action No. MDL 875 |
| This Document Relates to: U.S. DISTRICT FOR THE CENTRAL DISTRICT OF ILLINOIS | |
| | Civil Action No. See Exhibit "A" |
| All Cascino Vaughan Law Office Cases on Attached Exhibit "A" | |

**MOTION TO WITHDRAW MOTION FOR VOLUNTARY DISMISSAL**

In reviewing these cases to comply with Administrative Order No. 12, the attached named plaintiffs are not seeking voluntary dismissal of their cases.

1. Plaintiffs withdraw the previously filed motions seeking voluntary dismissal of their cases. No final order was entered dismissing these cases.

2. These plaintiffs have significant and serious asbestos-related conditions based on their medical records which will be provided pursuant to Administrative Order No. 12.

Wherefore, Plaintiffs pray that the court withdraw the previously filed motions seeking voluntary dismissal of their cases.

Dated: September 13, 2007

Respectfully submitted,

_____
Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312)-944-0600

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Civil Action No. MDL 875 |
| This Document Relates to: U.S. DISTRICT FOR THE CENTRAL DISTRICT OF ILLINOIS | |
| | Civil Action No. See Exhibit "A" |
| All Cascino Vaughan Law Office Cases on Attached Exhibit "A" | |

## ORDER

THIS MATTER being reviewed this date upon Plaintiffs' Motion to Withdraw Motion, and the Court having reviewed this case;

IT IS HEREBY ORDERED that the Motion for Voluntary Dismissal for the Plaintiffs listed on attached Exhibit "A" is withdrawn.

BY THE COURT:

Date: _____          _____
                                Honorable James T. Giles

EXHIBIT "A"

| Case# | Last | First | MI | JrSr |
|---|---|---|---|---|
| 91-1258 | Montonye | Randall | D | |
| 91-1369 | Schierer | James | R | |
| 91-1410 | Plue | Alvin | E | |
| 91-2476 | Eaton | Charles | R | |
| 91-2489 | Grimes | William | E | Sr |
| 91-3331 | Snyder | Kenneth | C | Sr |
| 91-3332 | Minor | John | W | |
| 92-1213 | Hayes | Gerald | L | |
| 92-1492 | Kimbrell | Virgil | L | |
| 93-1386 | Block | John | H | |
| 93-1391 | Aberle | Glenn | E | |
| 93-1392 | Sanders | Harold | E | Sr |
| 93-1396 | Ford | Everett | | |
| 93-1397 | Byrne | John | T | Sr |
| 93-1407 | O'Connor | John | J | |
| 93-1408 | Grier | David | L | |
| 93-1416 | Davidson | Richard | B | |
| 93-1417 | Johnson | Leo | M | |
| 93-1419 | Bault | Charles | R | |
| 93-1421 | Tonarelli | Russell | | |
| 93-1423 | Hubbs | Carl | A | |
| 93-1434 | Fraboni | Louis | R | |
| 93-3160 | Walker | Raymond | G | |
| 93-4052 | Goveia | Edward | N | |
| 94-1083 | Goetsch | Randall | P | |
| 94-1085 | Janko | Albert | M | |
| 94-1300 | Grier | John | C | |
| 94-1301 | Dotzert | Albert | E | |
| 94-1313 | Essex | Gerald | E | |
| 94-1314 | Fast | Raymond | L | |
| 94-1316 | Kelly | Robert | H | |
| 94-1414 | Seaborn | Kenneth | E | |
| 94-1453 | Weger | Don | R | |
| 94-1466 | Smith | Dale | A | |
| 94-1474 | Stewart | William | D | Sr |
| 94-1477 | Beeney | Donald | G | Sr |
| 94-2175 | Fonner | Larry | W | Sr |
| 94-2179 | Vaughn | William | W | |
| 94-2196 | Phillips | Howard | M | Sr |
| 94-2197 | Nance | Dean | C | |
| 94-2236 | Darling | William | O | |
| 94-2239 | Beddow | Merle | J | |
| 94-2240 | Gulotta | Peter | C | |
| 94-2243 | Schum | Eugene | A | |
| 94-2247 | Cox | Donald | E | Sr |
| 94-2267 | Bell | Orville | L | |
| 94-2271 | Endsley | Robert | L | |
| 94-2272 | Estock | Robert | C | |
| 94-2281 | Lovett | Charles | J | Sr |
| 94-2288 | Peterson | Robert | E | |
| 94-2294 | Waterstradt | Henry | J | Sr |
| 94-2295 | Fritsch | George | B | |

CERTIFICATE OF SERVICE

    I, Arlene J. Kaminski, a non-attorney, hereby certify that on September 13, 2007, I sent for filing with the Clerk of the United States District Court for the Eastern District of Pennsylvania, and electronically filed with the Clerk of the United States District Court in the Central District of Illinois, Motion to Withdraw Motion for Voluntary Dismissal, which sent notification of such filing to CM/ECF participants for each case, and I mailed copies of same by United States Postal Service regular mail to:

James J Hickey
Aronberg Goldgehn Davis
One IBM Plaza, Ste. 3000
Chicago, IL 60611

James R. Carter
Carter Law Offices
416 Main St.,. Ste. 529
Peoria, IL 61602

C. Michael Evert, Jr.
Evert & Weathersby, LLC
3405 Piedmont Road NE
Suite 225
Atlanta, GA 30305

Susan Gunty
Gunty & McCarthy
150 South Wacker
Suite 1025
Chicago, IL 60606

Mary Ann Hatch
Herzog Crebs LLP
5111 W Main St
Belleville, IL 62226

Kent L Plotner
Heyl Royster Voelker
PO Box 467
Edwardsville, IL 62025

Christopher P Larsen
Heyl Royster Voelker & Allen
124 S.W. Adams St.
Suite 600
Peoria, IL 61602

Brian S. Ebener
Hinshaw & Culbertson - Waukegan
110 North West Street
Waukegan, IL 60085

James P Fieweger
Jenner & Block
330 N. Wabash
Chicago, IL 60611

Robert Spitkovsky
Johnson & Bell Ltd
33 W. Monroe St., Ste. 2700
Chicago, IL 60603

Bruce W. Lyon
LaBarge, Campbell et al.
200 West Jackson Boulevard
Suite 2050
Chicago, IL 60606

William D Serritella
McQuire Woods LLP
77 W Wacker Dr.
Suite 4100
Chicago, IL 60601

Robert Riley
Schiff Hardin LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

Edward J McCambridge
William F Mahoney
Segal McCambridge
233 S. Wacker Drive, Ste. 5500
Chicago, IL 60606

Maja C Eaton
Sidley Austin LLP
One S. Dearborn St
Chicago, IL 60603

Manya A. Pastalan
Williams, Montgomery et al.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606

_____
Arlene J. Kamiński

Subscribed and sworn to before me
this 13 day of September, 2007.

_____
Notary Public

```
OFFICIAL SEAL
VALERIA F BENITEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/26/10
```